IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § | |
| vs. | § § | Civil Action No. 3:07-CV-1554-M |
| TERAX ENERGY, INC., WESTAR OIL, INC., MARK ROY ANDERSON, and LINDA CONTRERAS, | § § § § § § | |
| Defendants, | § § | |
| THE SEPTEMBER TRUST, and CAMDEN HOLDINGS, INC., | § § § | |
| Relief Defendants. | § § | |

## AGREED FINAL JUDGMENT
## AGAINST DEFENDANT LINDA CONTRERAS

The Securities and Exchange Commission having filed a Complaint and Defendant Linda Contreras ("Contreras" or "Defendant") having entered a general appearance; consented to the Court's jurisdiction over her and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to personal and subject matter jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Contreras, her affiliates, agents, servants, employees, attorneys, and all persons in active concert or

participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating Section 5 of the Securities Act of 1933 ("Securities Act") [15 U.S.C. § 77e] by, directly or indirectly, in the absence of any applicable exemption:

    (a)    Unless a registration statement is in effect as to a security, making use of any means or instruments of transportation or communication in interstate commerce or of the mails to sell such security through the use or medium of any prospectus or otherwise;

    (b)    Unless a registration statement is in effect as to a security, carrying or causing to be carried through the mails or in interstate commerce, by any means or instruments of transportation, any such security for the purpose of sale or for delivery after sale; or

    (c)    Making use of any means or instruments of transportation or communication in interstate commerce or of the mails to offer to sell or offer to buy through the use or medium of any prospectus or otherwise any security, unless a registration statement has been filed with the Commission as to such security, or while the registration statement is the subject of a refusal order or stop order or (prior to the effective date of the registration statement) any public proceeding or examination under Section 8 of the Securities Act [15 U.S.C. § 77h].

## II.

It Is HEREBY Further Ordered, Adjudged, And Decreed that Defendant Contreras is liable, pursuant to Section 20(d) of the Securities Act [15 U.S.C. §77t(d)], for a civil penalty in the amount of $25,000. Defendant shall satisfy this obligation by paying $25,000 to the

Distribution Agent approved by this Court, within thirty days of such approval, together with a cover letter identifying Contreras as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant shall simultaneously transmit photocopies of such payment and letter to the Commission's counsel in this action. By making this payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds, and no part of the funds shall be returned to Defendant. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC §1961.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

SIGNED this 4th day of March, 2009.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE

Approved as to form and entry requested:

<u>s/ J. Kevin Edmundson</u>
J. KEVIN EDMUNDSON
Texas Bar No. 24044020
JEFFREY A. COHEN
Florida Bar No. 606601
United States Securities and Exchange Commission
Fort Worth Regional Office
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
(817) 978-1411 (JKE)
(817) 978-6480 (JAC)
(817) 978-4927 (Facsimile)
cohenj@sec.gov
*Counsel for Plaintiff*

<u>s/ Ralph Janvey</u>
Ralph Janvey
Texas Bar No. 10572500
Krage & Janvey, LLP
2100 Ross Avenue
Suite 2600
Dallas, Texas 75201
Direct: (214) 397-1912
rjanvey@kjllp.com
*Counsel for Defendants, Anderson, Westar & Contreras*

<u>s/ Linda Contreras</u>
Linda Contreras
*Defendant*