UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § Plaintiff, § § vs. § § TERAX ENERGY, INC., § WESTAR OIL, INC., § MARK ROY ANDERSON, § and LINDA CONTRERAS, § § Defendants, § § THE SEPTEMBER TRUST, § and CAMDEN HOLDINGS, INC., § § Relief Defendants. § § | Civil Action No. 3:07-CV-1554-MBD |

**ORDER OF DISMISSAL AS TO DEFENDANT TERAX ENERGY, INC. AND RELIEF DEFENDANTS THE SEPTEMBER TRUST AND CAMDEN HOLDINGS, INC.**

Upon consideration of *Plaintiff's Motion to Dismiss Claims against Defendant Terax Energy, Inc. and Relief Defendants The September Trust and Camden Holdings, Inc.* filed by Plaintiff Securities and Exchange Commission,

**IT IS HEREBY ORDERED,** that all claims against Defendant Terax Energy, Inc. and Relief Defendants *The September Trust and Camden Holdings, Inc.* in the above-captioned matter are dismissed.

Dated this 3rd day of April, 2009.

UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE